SHARTSIS FRIESE LLP
RICHARD F. MUNZINGER (Bar #217902)
rmunzinger@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
MILES S. WINDER (Bar #306780)
mwinder@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
TOMCOH COMMERCE, INC., dba
MOMENTUM DESIGN LAB

**IT IS SO ORDERED**
*Judge Yvonne Gonzalez Rogers*
10/3/2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TOMCOH COMMERCE, INC., dba MOMENTUM DESIGN LAB,<br><br>Plaintiff,<br><br>v.<br><br>TREETI, INC., a Delaware corporation; AMORETTE JONES, an individual; BRANDI BECKER-JONES, an individual; THOMAS LAKEMAN, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-05847-YGR<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiff Tomcoh Commerce, Inc. dba Momentum Design Lab hereby dismisses this entire action with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Dated: October 1, 2019         SHARTSIS FRIESE LLP

                               */s/ Joseph Vincent Mauch*
                               By:   JOSEPH VINCENT MAUCH

                               Attorneys for Plaintiff
                               TOMCOH COMMERCE, INC., dba
                               MOMENTUM DESIGN LAB

8538371

- 1 -

| Case No.<br>4:18-cv-05847-YGR | NOTICE OF DISMISSAL WITH PREJUDICE |
|---|---|

# PROOF OF SERVICE

I, Janis L. Ing, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On October 1, 2019 at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, Civil Code of Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**NOTICE OF DISMISSAL WITH PREJUDICE**

☑ *(Federal)* **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through the Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☐ by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

### SERVICE LIST

Jeffrey K. Joyner, Esq.
*joynerj@gtlaw.com*
Elizabeth Valentina, Esq.
*valentinae@gtlaw.com*
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067-2121

Counsel for Defendants
Treeti, Inc., Amorette Jones, Brandi Becker-Jones and Thomas Lakeman

Case No.
4:18-cv-05847-YGR

- 2 -
PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 1, 2019, at San Francisco, California.

_____
Janis L. Ing